JULIE LEWIN ET AL. *v.* UNITED STATES SURGICAL CORPORATION ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 21 Conn. App. 629, is denied.

*Kathleen Eldergill,* in support of the petition.

*Bruce R. Genderson, Diana L. Schacht, Daniel J. Mahaney,* and *Richard J. Lynch* and *Andrea B. Gaines,* assistant attorneys general, in opposition.

Decided July 11, 1990

STATE OF CONNECTICUT *v.* ANTONIO OSMAN

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 299, is granted, limited to the following issues:

"1. Did the Appellate Court correctly conclude that the evidence adduced at trial to prove identification was sufficient to sustain, logically and beyond a reasonable doubt, the jury's guilty verdict on first degree robbery and conspiracy to commit first degree robbery?

"2. Did the Appellate Court correctly determine that evidence of a coparticipant's use or threatened use of a tire iron was sufficient to sustain the defendant's conviction of conspiracy to commit first degree robbery, in violation of C.G.S. §§ 53a-48 and 53a-134 (a) (3), where that theory of liability was neither charged in the information nor instructed upon at trial?"

*Timothy H. Everett* and *Dana E. Shaw,* certified legal intern, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided July 11, 1990